UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOHN R. DURSO, et al., :
                 Plaintiffs, :
:
    -v- : 23-CV-122 (JMF)
:
: ORDER
RIVERDALE GROCERS LLC, :
:
                 Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    It is hereby ORDERED that all parties appear for an **in-person** conference with the Court on **August 2, 2023** at **3:00 p.m.**, in **Courtroom 1105** of the **Thurgood Marshall Courthouse, 40 Centre Street, New York, New York**. The parties should be prepared to discuss Defendant's compliance (or lack thereof) with its discovery obligations and any appropriate sanction. *See* ECF Nos. 16-18. Defendant is warned that failure to appear may result in sanctions up to and including the entry of default judgment.

    SO ORDERED.

Dated: July 25, 2023
       New York, New York

                                                      JESSE M. FURMAN
                                             United States District Judge