UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                        :
JOHN R. DURSO, et al.,                                                  :
                                                                        :
                                    Plaintiffs,                         :
                                                                        :          23-CV-122 (JMF)
                   -v-                                                  :
                                                                        :                ORDER
RIVERDALE GROCERS LLC,                                                  :
                                                                        :
                                    Defendant.                          :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the conference held earlier today, Plaintiffs shall file a motion to strike Defendant's Answer and for entry of default judgment **by August 23, 2023**.  In their motion, Plaintiffs may also seek attorney's fees incurred in connection with their July 5, 2023 and July 20, 2023 letters, *see* ECF Nos. 16 and 18, and today's conference.

       The motion should be filed in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman).  If Plaintiffs' counsel submits calculations in support of their motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.

       Defendant shall filed any opposition within **one week of Plaintiffs' motion**.  No reply may be filed without leave of Court.  If or when an opposition is filed, the Court will enter a further Order scheduling a show-cause hearing.

       SO ORDERED.

Dated: August 2, 2023
      New York, New York
                               JESSE M. FURMAN
                            United States District Judge